IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                                      Criminal Action No.
                                                                       20-00233-01-CR-W-RK

ARSENIO L. LUNCEFORD,

        Defendant.

_____

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: Hobbs Act Robbery, in violation of 18 U.S.C. § 1951(a)

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Emily Morgan
    Defense:    Lesley Smith

**OUTSTANDING MOTIONS**:   None

**TRIAL WITNESSES**:
    Government:    5-10, without stipulations
    Defendants:    1-5 witnesses; Defendant may testify

**TRIAL EXHIBITS**
    Government:    20-30 exhibits
    Defendant:    no additional exhibits

**DEFENSES:**    General Denial

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial; ( ) Possibly for trial; (X) Likely a plea will be worked out

1

**TRIAL TIME:** 3 days
   Government's case including jury selection: 2 days
   Defense case: 1 day

**STIPULATIONS**: None.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

   **Witness and Exhibit List**
   Government: April 19, 2021
   Defense: April 19, 2021
   **Counsel are requested to list witnesses in alphabetical order on their witness list.**

   **Exhibit Index, Voir Dire, Jury Instructions:** By noon on April 28, 2021
   **Please Note**: Jury instructions must comply with Local Rule 51.1

   **Motions in Limine:** April 19, 2021

**TRIAL SETTING**: Criminal jury trial docket commencing 5/3/2021
   **Please note:** Defendant prefers the first week, as counsel may have another trial set during the second week.

**IT IS SO ORDERED.**

 /s/ Jill A. Morris
JILL A. MORRIS
United States Magistrate Judge

Kansas City, Missouri
4/7/2021